FRANCIS E. WARD, Respondent, v. SOUTH SHORE MOTOR TRANSPORTATION COMPANY, INC., Appellant.— Judgment unanimously affirmed, on reargument, with costs. [See *ante*, p. 837.] No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

MAX WELINSKY and Others, Appellants, v. BERTHA LURIE, Respondent.— Judgment unanimously affirmed, with costs, on authority of *Goodman* v. *Evens* (*ante*, p. 828), decided by this court May 9, 1924. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JESSE WHILMON, Respondent, v. FIRST AFRICAN METHODIST EPISCOPAL ZION CHURCH OF BROOKLYN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

JOSEPH VITANZA, Respondent, v. FRANK J. BYRNE and Another, Defendants. FREDERICK MARTINI, Appellant.— Application denied, with ten dollars costs.

ABRAHAM BRECHER and Another, Respondents, v. SAMUEL MASSNICK and Another, Appellants, Impleaded with Others, Defendants.— Judgment reversed on the law and new trial granted, with costs to appellants to abide the event. It was a question for the jury to say whether the defendants or any of them entered into a conspiracy to institute the summary proceeding in question, as well as for them to say what damage, if any, the plaintiffs suffered by reason of the wrongful acts of defendants, if established. Numerous rulings excluding evidence which tended to explain the various transactions, such as the time when appellant Goldman entered into the contract to purchase, and the steps taken by Silver either personally or through his attorney to foreclose the first chattel mortgage, were, in our opinion, erroneous in a case involving the charge here made against defendants. We think defendants should have been given greater latitude in establishing their defense of good faith. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

ROBERT CATERSON, Respondent, v. JOSEPHINE A. HERRMANN, Appellant.— Judgment and order of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

BERTHA I. DEMOTT, Appellant, v. JOHN T. DEMOTT, Respondent.— Judgment dismissing complaint, and orders, unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

HORTENSE J. EISEMAN, Respondent, v. WOODRICH ENGINEERING COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

SIDNEY EPSTEIN, Respondent, v. ALLAN ZIMMERMAN and Another, Copartners, etc., Appellants.— Order denying motion to change venue affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.